**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**KENNETH R. BORDERS**                                                    **PETITIONER**
*Reg # 15702-045*

**v.**                                   **CASE NO. 2:23-CV-00197-BSM**

**CHAD GARRETT, Warden,**
**FCI – Forrest City,** *et al.*                                          **RESPONDENTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 17th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE